UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PRINCESS P. LaCAZE | CIVIL ACTION NO. 07-0236 |
| VS. | SECTION P |
| MARIANA LEGER, WARDEN, LCIW | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Claims 2, 3, 4, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21 be **DENIED AND DISMISSED WITH PREJUDICE** because these claims were not fairly presented to the Louisiana Supreme Court on either direct or collateral review and while these claims are "technically exhausted" since no state court remedies remain available to the petitioner, the claims are now considered procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25th day of September, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE