U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 1 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____
           DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **PRINCESS P LACAZE** | **CIVIL ACTION NO. 1:07CV236** |
| **VERSUS** | **JUDGE DRELL** |
| **WARDEN, LCIW** | **MAGISTRATE JUDGE KIRK** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

X     The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___     The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at *ALEXANDRIA*, Louisiana, this *18* Day of *October* 2007.

Dee D. Drell
UNITED STATES DISTRICT JUDGE