RECEIVED
IN ALEXANDRIA, LA
FEB 11 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PRINCESS P. LACAZE, <br> Petitioner | CIVIL ACTION <br> SECTION "P" <br> NO. CV07-0236-A |
| VERSUS | |
| MARIANA LEGER, WARDEN, <br> Respondent | JUDGE DEE D. DRELL <br> MAGISTRATE JUDGE JAMES D. KIRK |

### O R D E R

The trial transcript submitted by the Respondent is incomplete. Pages 50, 51, and 53-60, of the volume of the state court record which contains the indices prepared for the court of appeal, are missing.

Accordingly,

IT IS ORDERED that the Respondent, through Assistant District Attorney Jimmy D. Long, Jr., provide the missing pages to the undersigned on or before February 19, 2008.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 11th day of February, 2008.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE