RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/3/08
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRINCESS P. LACAZE,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. CV07-0236-A |
| VERSUS | |
| MARIANA LEGER, WARDEN,<br>    Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

O R D E R

The trial transcript submitted by the Respondent is incomplete. Pages 50, 51, and 53-60 are missing from the volume of the state court record entitled Volume 1 of 4 of the Court of Appeal transcript. On February 11, 2008, the Respondent, through the District Attorney's Office, was ordered to submit the missing pages by February 19, 2007. Respondent has failed to either comply with the court's order or request an extension of time in which to do so. Accordingly,

IT IS ORDERED that the Respondent, through Natchitoches Parish District Attorney, explain in writing why the court's order has not been complied with, on or before March 14, 2008. The missing transcript pages SHALL be attached to the explanation.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 29th day of February, 2008.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE