

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| PRINCESS P. LACAZE | CIVIL ACTION NO. 07-0236-A<br>SECTION "P" |
| -vs- | JUDGE DRELL |
| MARIANA LEGER, WARDEN | MAGISTRATE JUDGE KIRK |

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record, including the objections filed herein, noting also that the State court record <u>was</u> supplemented pursuant to Magistrate Judge Kirk's orders of February 11 and March 3, 2008 (<u>see</u> Doc. No. 26), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that LaCaze's petition for writ of habeas corpus is DENIED and DISMISSED WITH PREJUDICE.

SIGNED on this 23rd day of April, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE