

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PRINCESS P. LACAZE | CIVIL ACTION NO. 1:07CV236 |
| VERSUS | JUDGE DRELL |
| WARDEN LCIW | MAGISTRATE JUDGE KIRK |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

_X_  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Alexandria, Louisiana, this 14th Day of May, 2008.

Dee D. Drell
UNITED STATES DISTRICT JUDGE